Monte J. White & Associates
Monte J. White
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Caycie Carr Fowler | § | |
| | § | CASE NO. 09-70148-HDH-13 |
| | § | |
| DEBTOR | § | |

DEBTOR'S MOTION FOR APPROVAL OF AGREEMENT
TO MODIFY STAY FOR DIVORCE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

This Motion for Approval of Agreement to Modify Stay for Divorce is brought by Caycie Carr Fowler, Movant. In support, Movant shows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C.§§ 1334 AND 157.

2. On April 1, 2009, Caycie Carr Fowler referred to in this motion as "Debtor", filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

3. Movant wishes to initiate divorce proceedings in the County Court at Law, Wichita County, Texas in order to dissolve her marriage and to obtain a division of their property. By virtue of the filing of Debtor's voluntary petition under Chapter 13 and the provisions of 11 U.S.C. § 362, Movant is stayed from seeking such relief in the County Court at Law, Wichita County, Texas.

4. Accordingly, Movant seeks relief from the automatic stay of 11 U.S.C. § 362 to allow Movants to seek and obtain the following forms of relief from the County Court at Law Wichita County, Texas: injunctions; discovery orders; temporary orders regarding support, alimony, and the use of property; enforcement orders, including contempt, judgment, and wage withholding; clarification orders; final orders on divorce, characterization, valuation, and division of property and debts; and final orders on support.

5. The only property that Movant expects will be characterized, valued, and divided by the County Court at Law, Wichita County, Texas, consists of property claimed as exempt by Debtors, and property of the estate that the Trustee may abandon. Obviously, any orders dividing non-exempt property of Debtor's bankruptcy estate shall be effective between the Debtors but may be subject to defeasance by subsequent order of this court.

6. Movant respectfully submit that, even though this Court's jurisdiction over Debtor's property supersedes the jurisdiction of the County Court at Law, Wichita County, Texas, this Court is not required to and should not undertake to be a family law court. 28 U.S.C. § 1334(c)(l). Debtor's marital interest should be defined under the Family Code of the State of Texas. The County Court at Law, Wichita County, Texas, sitting in family law, has expertise in such matters. Therefore, in the interest of justice, court economy, and deference to that expertise, cause exists for relief from stay to permit the County Court at Law, Wichita County, Texas, to hear and determine the issues to be raised in Movant's contemplated divorce action. In re Baker, 75 Bank. 120, 121 (Bank. D. Del. 1987).

7. Debtor prays that the Court dispense with the twelve-day waiting period under Rule 4001(b) and immediately enter its Order Lifting Stay and allowing divorce.

Movant respectfully requests that this Court enter its order relaxing the automatic stay of 11 U.S.C. § 362 so as to authorize Movant to seek and obtain the relief described above from the County Court at Law, Wichita County, Texas and that Movant have such other and further relief, both at law and in equity, to which they are justly entitled.

Respectfully submitted,

/s/Monte J. White, Attorney for Debtor(s)

CERTIFICATE OF CONFERENCE

Counsel has contacted the office of Chapter 13 Trustee. All parties agree that the Motion should be granted and Trustee has no objections to waiving the 12-day waiting period.

AGREED TO BY:

/s/Marc McBeath w/permission by Monte J. White        /s/Monte J. White
Chapter 13 Trustee                                    Attorney for Debtor(s)

CERTIFICATE OF SERVICE

I, Monte J. White, do hereby certify that a true and correct copy of the foregoing Motion has been forwarded by first class, postage prepaid mail on June 23, 2009, to all persons named.

Walter O'Cheskey                 Caycie Carr Fowler
Chapter 13 Trustee               3619 W Rathgeber
6308 Iola                        Wichita Falls, TX 76310
Lubbock, TX 79424

US Trustee
William T. Neary
1100 Commerce St., RM9C60
Dallas, TX 75242                 /s/Monte J. White
                                 Attorney for Debtor